UNITED STATES of America,
Plaintiff-Appellee

v.

John Allen WALTER, Defendant-Appellant

No. 16-41594
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed March 9, 2018

John B. Ross, Assistant U.S. Attorney, John Albert Craft, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff-Appellee

John Allen Walter, Pro Se

Before WIENER, SOUTHWICK, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent John Allen Walter has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Walter has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Walter's claims of ineffective assistance of appellate counsel; we therefore decline to consider the claims without prejudice to collateral review. *See*

*United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Walter's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motions for leave to withdraw are GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Walter's motion for appointment of new counsel is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.